**Marie J. J. FLEITMANN and Thomas Crimmins, Executors of Estate of Herman C. Fleitmann, Deceased, Appellants, v. David BURNET, Commissioner of Internal Revenue, Appellee.**

### No. 5657.

Court of Appeals of the District of Columbia.

Argued Feb. 17, 1933.

Decided April 3, 1933.

---

Howe P. Cochran, of Washington, D. C., for appellants.

G. A. Youngquist, Sewall Key, Morton K. Rothschild, C. M. Charest, and Bruce A. Low, all of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB, HITZ, and GRONER, Associate Justices.

GRONER, Associate Justice.

The appeal in this case involves income taxes for the year 1919 in the amount of $14,826.50, and is taken from a decision of the Board of Tax Appeals. The taxpayer's returns for the calendar years 1919, 1920, and 1921 were filed, respectively, on March 15 of each succeeding year. Waivers were asked by the commissioner and filed by the tax-

payer in much the same manner as in Fleitmann & Crimmins, Executors, v. Commissioner, 62 App. D. C. 88, 65 F.(2d) 176, and Fleitmann v. Commissioner, 62 App. D. C. 90, 65 F.(2d) 178, decided this day. The basis of the appeal here, as in those cases, is that the waivers are invalid because the commissioner's name was not signed by him personally or by some person by him expressly authorized to sign his name. What is said in Fleitmann & Crimmins, Executors, v. Commissioner, supra, applies equally here, and in our view the grounds of appeal are without merit.

The decision of the Board is therefore affirmed.

Affirmed.